## KEENAN CORLEY *v.* COMMISSIONER OF CORRECTION

The petitioner Keenan Corley's petition for certification for appeal from the Appellate Court, 132 Conn. App. 905 (AC 31767), is denied.

*Mary Boehlert*, assigned counsel, in support of the petition.

*Adam E. Mattei*, special deputy assistant state's attorney, in opposition.

Decided January 20, 2012

## TROY THOMAS *v.* COMMISSIONER OF CORRECTION

The petitioner Troy Thomas' petition for certification for appeal from the Appellate Court, 132 Conn. App. 906 (AC 31871), is denied.

*Michael Zariphes*, assigned counsel, in support of the petition.

*Lisa A. Riggione*, senior assistant state's attorney, in opposition.

Decided January 20, 2012